**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ADAMSON APPAREL, INC.<br>       DEBTOR,<br>_____<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ADAMSON APPAREL, INC., as authorized representative of the bankruptcy estate,<br><br>                    Appellant,<br><br>          v.<br><br>ARIS INDUSTRIES, INC., EUROPE CRAFT IMPORTS, INC.; SHEILA CLOTHING COMPANY, INC. fka XOXO CLOTHING COMPANY, INC.; NOMIS INC. fka BP CLOTHING COMPANY, INC.; MARCADE GROUP REALTY CORPORATION; 8-3 RETAILING, INC.; ARNOLD H. SIMON; MICHAEL CONWAY; STEVEN FEINER; GREGG FIENE; ARNOLD SIMON; KEVIN WEBER; KATHERING SIO,<br><br>                    Respondent.<br>_____ | Case No. CV 09-2270-VAP<br>USBC Case No. LA04-30799 ER<br>ADVERSARY Case No. AD06-1956 ER<br><br>**ORDER OF DISMISSAL** |

   THE COURT having ordered the Appellant to show cause in writing, not later than March 5, 2010, why this Appeal should not be dismissed for lack of prosecution and Appellant having failed to respond,

THE COURT ORDERS that this Appeal be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court and Local Rule 41.

Dated: March 17, 2010

VIRGINIA A. PHILLIPS
United States District Judge